UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| CITY OF PONTIAC GENERAL EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 1:10-cv-00711-TCB  CLASS ACTION |
| Plaintiff, | |
| vs. | |
| SCHWEITZER-MAUDUIT INTERNATIONAL, INC., FREDERIC P. VILLOUTREIX and PETER J. THOMPSON, | |
| Defendants. | |

## ORDER

The Court hereby GRANTS the Consent Motion for Extension of Time to Submit Filing in Response to Court's August 26, 2011 Order and orders as follows:

Lead Plaintiffs may submit its filing in response to the Court's August 26, 2011 Order up to and including September 30, 2011.

It is so ordered this 26th day of September, 2011.

TIMOTHY C. BATTEN, SR.
UNITED STATES DISTRICT JUDGE