UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| CITY OF PONTIAC GENERAL EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SCHWEITZER-MAUDUIT INTERNATIONAL, INC., FREDERIC P. VILLOUTREIX and PETER J. THOMPSON,<br><br>Defendants. | Civil Action No. 1:10-cv-00711-TCB<br><br>CLASS ACTION |

## ORDER

The Court hereby GRANTS the STIPULATION and orders as follows:

1.) The action will be dismissed with prejudice.

2.) Each party shall bear its own attorneys' fees and costs incurred in this action.

It is so ordered this 3d day of October, 2011

TIMOTHY C. BATTEN, SR.
UNITED STATES DISTRICT JUDGE